**Angela MEYER and Donald Meyer, Appellants,**

v.

**COUNTRYSIDE HILL SUBDIVISION, Respondent.**

**No. ED 93148.**

Missouri Court of Appeals, Eastern District, Division Three.

Feb. 23, 2010.

Louis J. Basso, Chesterfield, MO, for Appellants.

Peter N. Leritz, Joseph L. Leritz, Saint Louis, MO, for Respondent.

Before GLENN A. NORTON, P.J., MARY K. HOFF, J. and LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Angela and Donald Meyer ("Plaintiffs") appeal the grant of summary judgment in favor of Countryside Hill Subdivision ("the Subdivision") on their petition alleging negligence, strict liability, and negligence per se.[1] We find that the trial court did

1. Plaintiffs' petition also contained a count titled "nuisance"; however, Plaintiffs do not present any arguments on appeal challenging

not err in granting summary judgment in favor of the Subdivision.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).

summary judgment in favor of the Subdivision on this specific count.